UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

v.

Civil No
2:07cv2652 GEB JFM (PC)

Sue Grafton; Kinsey MiLhone,
Defendant's

Complaint
"T" is For Torture"©

Comes now the plaintiff, Jonathan Lee Riches, in pro-se, under 42 USC 1983, civil rights, copyright violations, and a Restraining order. Plaintiff seeks $19.95 for Books I never recieved from Amazon.com written by Defendant. Defendant's book "T" is for trespass is hidden morse code subliminal messaging sent to Michal vick to trespass on my life at FCI williamsburg. Defendant has been picking on me ever since I switched to reading Daniel Steele Books. Now Defendant plans to write 2 future books about me to embarrass my life. On my Birthday 12-27, Defendant's new book titled "V" is for Michael Vicktimize me hits book stores. Then For New Years the next book "W" for williamsburg torture comes out. This is to show the world that noone cares I'm in solitary confinement at FCI williamsburg. Grafton is serving me rotten food that is making me sick. Barnes and Nobles made my head a book rack. I can't read my U.S.A today anymore, this is Sue's faught. Peggy sue got married to the warden. I'm Being discriminated against for not Joing Oprah's Book club. Kinsey MiLhone does not ivestigate my illegal federal sentence. She stands in my window with a book light while I lay in the dark.

Jonathan Lee Riches©
#40948-018
FCI williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully submitted

Jonathan Lee Riches©