IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

    Plaintiff,                     No. 2:07-cv-2652 GEB JFM (PC)

    vs.

SUE GRAFTON, et al.,

    Defendants.          ORDER

        On January 13, 2009, plaintiff filed a document styled as a motion to have judges recused from this action. This civil rights action was closed on March 13, 2008. The fanciful allegations of plaintiff's January 13, 2009 motion do not support recusal of the judges assigned to this action. Plaintiff is advised that no orders will issue in response to future filings.

DATED: February 25, 2009.

UNITED STATES MAGISTRATE JUDGE

001/12;rich2652.58